UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG JOSEPH AUCOIN,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-939** |
| **DOMINQUE BAIO, ET AL.** | **SECTION "H"(3)** |

### ORDER

Before the Court are the Complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge (Doc. 31), and the Plaintiff's objections to the Magistrate Judge's Partial Report and Recommendation (Doc. 35). In the Partial Report and Recommendation, the magistrate judge recommends dismissal of Plaintiff's § 1983 claim against the Terrebonne Parish Sheriff's Office because it is not a juridical person capable of being sued under § 1983. In his objection, Plaintiff contends that his claims arise under the Rehabilitation Act, the Americans with Disabilities Act, and state law—not § 1983. He correctly points out that suits under these provisions are appropriate against a public entity.

Accordingly;

**IT IS HEREBY ORDERED** that this Court approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS FURTHER ORDERED** that, to the extent that Plaintiff asserts § 1983 claims against the Terrebonne Parish Sheriff's Office, those claims are **DISMISSED WITH PREJUDICE**. However, Plaintiff's claims against the Terrebonne Parish Sheriff's Office under the Rehabilitation Act, the Americans

with Disabilities Act, and state law remain pending.

    New Orleans, Louisiana, this 2nd day of February, 2026.

_____
**JANE MILAZZO**
**UNITED STATES DISTRICT JUDGE**