## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CRAIG JOSEPH AUCOIN,**                         CIVIL ACTION

**VERSUS**                                       NO. 25-939

**DOMINQUE BAIO, ET AL.**                        SECTION "H"(3)

### ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Rec. Doc. 50, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the Terrebonne Parish Sheriff's Office Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, R. Doc. 43, is **GRANTED.**

**IT IS FURTHER ORDERED** that all of Aucoin's claims against the Terrebonne Parish Sheriff's Office are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE